IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ANTONIO YOUNG,

    Plaintiff,

v.                            Civil Action No. 3:13CV560

BUREAU OF PRISONS, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on October 18, 2013, the Court conditionally docketed the action. At that time, the Court directed Antonio Young to submit a statement under oath or penalty of perjury that:

    (A)  Identifies the nature of the action;
    (B)  States his belief that he is entitled to relief;
    (C)  Avers that he is unable to prepay fees or give security therefor; and,
    (D)  Includes a statement of the assets he possesses.

See 28 U.S.C. § 1915(a)(1). The Court provided Young with an in forma pauperis affidavit form for this purpose. The Court also directed Young to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Young that a failure to return the in forma pauperis affidavit or the consent to the collection of fees form within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Young has not complied with the order of this Court. Young failed to return the in forma pauperis affidavit or the consent to the collection of fees form. As a result, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Young.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: January 2, 2013
Richmond, Virginia

2